UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEKSANDRA PETKOVIC,

    Plaintiff,

v.

GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.

C23-1808 TSZ

ORDER

Counsel having advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

In the event settlement is not perfected, either party may move to reopen, provided such motion is filed within **30** days of the date of this Order.

The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

Dated this 3rd day of May, 2024.

                                          Thomas S. Zilly
                                          United States District Judge

ORDER - 1